UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KIRK JOHNSON, SR. AND JAMES ALLEN**                          CIVIL ACTION

**VERSUS**                                                                                   NO. 19-12660

**COASTAL PRIVATE PROTECTION**                               SECTION "B"(1)
**SECURITY, INC. AND KIM PHILIP**

## JUDGMENT

Entry of a final judgment is proper because the Court entered a default judgment in favor of plaintiffs Kirk Johnson Sr. and James Allen with written reasons.

**IT IS ORDERED, ADJUDGED, AND DECREED** that a final judgment is hereby entered in favor of plaintiffs Kirk Johnson Sr. and James Allen and against defendants Coastal Private Protection Security, Inc. and Kim Philip;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that plaintiffs are awarded damages from defendants Coastal Private Protection Security, Inc. and Kim Philip in the amount of seventy-four thousand five hundred and forty-eight dollars and ninety cent ($74,548.90), consisting of $64,800 plus reasonable attorneys fees in the amount of $8,925 and reasonable and necessary costs in the amount of $823.90, plus judicial interest at the federal rate.

New Orleans, Louisiana this 10th day of July, 2020

_____
SENIOR UNITED STATES DISTRICT JUDGE